UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61162-CV-COHN

HOLLYWOOD BEACH HOTEL OWNERS
ASSOCIATION, a Florida corporation,

Magistrate Judge Seltzer

    Plaintiff,

vs.

CONTINENTAL CASUALTY COMPANY,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY AND CONTINUANCE OF TRIAL

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion for Extension of Discovery and Continuance of Trial [DE 31]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

Defendant seeks a sixty (60) day extension to complete discovery in this matter. Plaintiff does not oppose the motion. This action involves a sewer backup event at a condominium hotel. Upon review of the motion, the Court notes that some discovery delays were due to third-parties who were involved in either the maintenance, installation or repair of the sewer or plumbing systems at the location. The Court concludes that Defendant has shown sufficient good cause for a reasonable two-month extension for discovery.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Defendant's Unopposed Motion for Extension of Discovery and Continuance of Trial [DE 31] is hereby **GRANTED**;

2. The following pretrial deadlines shall now apply to this case:

    | | |
    |---|---|
    | Joinder of parties and Amendment of Pleadings | deadline passed |

| | |
|---|---|
| Fact and Expert Discovery cutoff | April 25, 1011 |
| Dispositive pretrial motions and Motions to Exclude or Limit Expert Testimony | May 4, 2011 |
| Mediation Report Deadline | May 18, 2011 |
| Motions in limine | June 9, 2011 |
| Responses to Motions in Limine, Joint Pretrial Stipulation and Deposition Designations for Trial for Unavailable Witnesses | June 23, 2011 |
| Proposed Jury Instructions, and any Counter-designations and objections to Deposition designations | Calendar Call |

3. This case is reset for trial on the two week trial period **commencing July 5, 2011**, with the Calendar Call reset for Wednesday, June 29, 2011 at 9:00am.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of February, 2011.

JAMES I. COHN
United States District Judge

Copies furnished to:

counsel of record

2